** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PENNY TRAHAN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION No. 1-14-CV-152 |
| v. | § | |
| | § | JUDGE RON CLARK |
| CHRISTUS HOSPITAL ST. ELIZABETH, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING STIPULATION OF DISMISSAL

Before the court is the parties' joint Stipulation of Dismissal. Doc. # 20. The parties seek a dismissal with prejudice. The court is of the opinion that it should grant this. IT IS THEREFORE ORDERED that the Stipulation of Dismissal (Doc. # 20) is GRANTED, this case is DISMISSED WITH PREJUDICE, and costs will be borne by the party incurring the same

So ordered and signed on

**Jan 14, 2015**

_____

Ron Clark, United States District Judge